UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STATES OF NEW YORK, CALIFORNIA, CONNECTICUT, MARYLAND, NEW JERSEY, OREGON, RHODE ISLAND, VERMONT, and WASHINGTON; COMMONWEALTH OF MASSACHUSETTS; and the DISTRICT OF COLUMBIA,

Plaintiffs,

v.

E. SCOTT PRUITT, as Administrator of the United States Environmental Protection Agency; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; RYAN A. FISHER, as Acting Assistant Secretary of the Army for Civil Works; and UNITED STATES ARMY CORPS OF ENGINEERS,

Defendants.

Case No. 1:18-cv-1030 (JPO)

---

**STATES' NOTICE OF MOTION
FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that upon the States' Memorandum of Law in Support of Their Motion for Summary Judgment, dated April 30, 2018; States' Local Rule 56.1 Statement of Material Facts, dated April 30, 2018; Declaration of Philip Bein, dated April 30, 2018, and exhibits to that declaration; Declaration of Jonathan Bishop, dated March 30, 2018; Declaration of Diane Dow, dated April 3, 2018; Declaration of Jeffrey L. Hoffman, dated April 3, 2018; Declaration of Hamid Karimi, dated April 5, 2018; Declaration of Lealdon Langley, dated April 6, 2018; Declaration of Vincent J. Mazzei, Jr., dated April 3, 2018; Declaration of Steve Mrazik, dated April 5, 2018; Declaration of William Nechamen, dated March 22, 2018; Declaration of Patricia Riexinger, dated March 27, 2018; and upon the pleadings and proceedings previously had herein; Plaintiffs, the States of New York, California, Connecticut,

Maryland, New Jersey, Oregon, Rhode Island, Vermont, and Washington, the Commonwealth of Massachusetts, and the District of Columbia (States) hereby move before the Honorable J. Paul Oetken, United States District Judge, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure on the ground that that there is no genuine dispute as to any material fact and the States are entitled to judgment as a matter of law. This motion seeks an order: (i) granting the States summary judgment, (ii) annulling and vacating the rule entitled *Definition of "Waters of the United States"'—Addition of an Applicability Date to 2015 Clean Water Rule*, 83 Fed. Reg. 5200 (Feb. 6, 2018) (Suspension Rule), (iii) declaring the Suspension Rule illegal, and (iii) providing such other or further relief that the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that the States' respectfully request that the Court hold oral argument on the motion as soon as they may be heard, in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007;

**PLEASE TAKE FURTHER NOTICE** that opposition papers must be served by ECF by May 15, 2018.

Dated: May 1, 2018
Albany, New York

Respectfully submitted,

FOR THE STATE OF NEW YORK

ERIC T. SCHNEIDERMAN
Attorney General

By: /s/ Philip Bein
PHILIP BEIN (PB1742)
TIMOTHY HOFFMAN
MONICA WAGNER
*Assistant Attorneys General*
Environmental Protection Bureau
Office of the Attorney General
The Capitol
Albany, NY 12224
(518) 776-2413
Philip.Bein@ag.ny.gov

FOR THE STATE OF CALIFORNIA

XAVIER BECERRA
Attorney General
SARAH E. MORRISON
Supervising Deputy Attorney General

By: ___Tatiana K. Gaur___
   Tatiana K. Gaur (*pro hac vice*)
   *Deputy Attorney General*
   *Attorneys for Plaintiff*
   *State of California, by and through*
   *Xavier Becerra, Attorney General*
   Environment Section
   300 South Spring Street
   Los Angeles, CA 90013
   (213) 269-6329
   Tatiana.Gaur@doj.ca.gov

FOR THE STATE OF CONNECTICUT

GEORGE JEPSEN
Attorney General

By: ___[signature]___
   Matthew I. Levine (ML2346)
   Robert Snook (RS3666)
   *Assistant Attorneys General*
   Office of the Attorney General
   PO Box 120, 55 Elm Street
   Hartford, CT 06141-0120
   (860) 808-5250
   Matthew.Levine@ct.gov
   Robert.Snook@ct.gov

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General
ROBYN BENDER
Deputy Attorney General
Public Advocacy Group
CATHERINE A. JACKSON
Chief, Public Integrity Section

By: ___/s/ Brian Caldwell___
   Brian Caldwell (*pro hac vice*)
   *Assistant Attorney General*
   Office of the Attorney General
   of the District of Columbia
   441 Fourth Street N.W., Ste # 600-S
   Washington, D.C. 20001
   Tel: (202) 442-9889
   Brian.Caldwell@dc.gov

FOR THE STATE OF MARYLAND

BRIAN FROSH
Attorney General

By: ___/s/ Leah J. Tulin___
   Leah J. Tulin (*pro hac vice*)
   *Assistant Attorney General*
   Office of the Attorney General
   200 Saint Paul Place, 20th Floor
   Baltimore, Maryland 21202
   (410) 576-6962
   ltulin@oag.state.md.us

| FOR THE COMMONWEALTH OF MASSACHUSETTS | FOR THE STATE OF NEW JERSEY |
|---|---|
| MAURA HEALEY<br>Attorney General | GURBIR S. GREWAL<br>Attorney General |
| By: /s/ Nora Chorover<br>  Nora Chorover (*pro hac vice*)<br>  *Special Assistant Attorney General*<br>  Seth Schofield (*pro hac vice*)<br>  *Assistant Attorney General*<br>  Energy and Environment Bureau<br>  One Ashburton Place, 18th Floor<br>  Boston, MA 02108<br>  (617) 963-2428<br>  Seth.Schofield@state.ma.us<br>  Nora.Chorover@state.ma.us | By: /s/ Lisa M. Almeida<br>  LISA M. ALMEIDA (*pro hac vice*)<br>  *Deputy Attorney General*<br>  Environmental Practice Group<br>  Division of Law<br>  R.J. Hughes Justice Complex<br>  25 Market Street, P.O. Box 093<br>  Trenton, NJ 08625<br>  (609) 292-1557<br>  Lisa.Almeida@law.njoag.gov |
| FOR THE STATE OF OREGON | FOR THE STATE OF RHODE ISLAND |
| ELLEN F. ROSENBLUM<br>ATTORNEY GENERAL | PETER KILMARTIN<br>Attorney General |
| By [signature]<br>  Paul Garrahan (*pro hac vice*)<br>  *Attorney-in-Charge,*<br>  Natural Resources Section<br>  Oregon Department of Justice<br>  1162 Court St. NE<br>  Salem, OR 97301-4096<br>  (503) 947-4593<br>  paul.garrahan@doj.state.or.us | By: /s/ Gregory S. Schultz<br>  Gregory S. Schultz*<br>  *Special Assistant Attorney General*<br>  Rhode Island Department of Attorney General<br>  150 South Main Street<br>  Providence, RI 02903<br>  (401) 274-4400<br>  gSchultz@riag.ri.gov |

4

5

| FOR THE STATE OF VERMONT | FOR THE STATE OF WASHINGTON |
|---|---|
| THOMAS J. DONOVAN, JR.<br>Attorney General | ROBERT W. FERGUSON<br>Attorney General |
| By: *[signature]*<br>Benjamin D. Battles (BB5387)<br>*Solicitor General*<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br>(802) 828-5944<br>benjamin.battles@vermont.gov | By:   /s/ Ronald L. Lavigne<br>Ronald L. Lavigne (*pro hac vice*)<br>*Senior Counsel*<br>2425 Bristol Court SW, 2nd Fl.<br>Olympia, WA 98504<br>(305) 586-6751<br>RonaldL@ATG.WA.GOV |

\*  Not yet admitted to the Bar of this Court