AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| STATE OF NEW YORK, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:18-CV-01030 (JPO) |
| E. SCOTT PRUITT, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae City of New York                                                                                             .

Date:     06/20/2018                                                              /s/ Margaret Holden
                                                                                                  *Attorney's signature*

                                                                                    Margaret Holden, MH0106
                                                                                    *Printed name and bar number*

                                                                                    New York City Law Department
                                                                                    100 Church Street
                                                                                    New York, NY 10007

                                                                                                  *Address*

                                                                                    maholden@law.nyc.gov
                                                                                                  *E-mail address*

                                                                                    (212) 356-2309
                                                                                                  *Telephone number*

                                                                                    (212) 356-2069
                                                                                                  *FAX number*