UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STATE OF NEW YORK, et al.,

                Plaintiffs,

        -v-

E. SCOTT PRUITT, et al.,

                Defendants.

18-CV-1030 (JPO)

---

NATURAL RESOURCES DEFENSE COUNCIL, INC., et al.,

                Plaintiffs,

        -v-

ENVIRONMENTAL PROTECTION AGENCY, et al.,

                Defendants.

18-CV-1048 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court will hear oral argument on the pending motions on October 25, 2018, at 3:00 p.m. in Courtroom 706 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  The Court anticipates dividing the arguments as follows, although the parties may agree to an adjustment of the allotted time within the one hour provided:

- *Plaintiffs* State of New York, et al.: 15 minutes

- *Plaintiffs* Natural Resources Defense Council, Inc., et al.: 15 minutes

- *Defendants* Environmental Protection Agency, et al.: 15 minutes

- *Intervener Defendants* American Farm Bureau Federation, et al.: 15 minutes

    SO ORDERED.

Dated: October 10, 2018
       New York, New York

                                              J. PAUL OETKEN
                                       United States District Judge