UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

STATES OF NEW YORK, CALIFORNIA,
CONNECTICUT, MARYLAND,
NEW JERSEY, OREGON, RHODE ISLAND,
VERMONT, and WASHINGTON;
COMMONWEALTH OF MASSACHUSETTS; and
the DISTRICT OF COLUMBIA,

       Plaintiffs,

  v.

ANDREW WHEELER, as Administrator of the
United States Environmental Protection Agency;
UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY; *et al.,*

       Defendants.

Case No. 1:18-cv-1030 (JPO)

---

## THE STATES' RESPONSE TO DEFENDANTS' NOTICE OF ACTIVITY IN RELATED CASE AND SUGGESTION OF MOOTNESS

Plaintiffs, the States of New York, California, Connecticut, Maryland, New Jersey, Oregon, Rhode Island, Vermont, and Washington, the Commonwealth of Massachusetts, and the District of Columbia (the States), each represented by its Attorney General, respond to the suggestion of mootness of defendants Environmental Protection Agency, Army Corps of Engineers, and their officers (collectively, Agencies) as follows:

The Agencies state that: (i) federal district courts in South Carolina and Washington State have issued judgments vacating and/or enjoining the Agencies' rule suspending the Clean Water Rule for two years (Suspension Rule), and (ii) they have obtained orders from the Fourth and Ninth circuits, respectively, dismissing

their appeals of those judgments, and that no other party in those cases is maintaining an appeal.

In light of those developments, the States acknowledge that the relief sought by them in this action has been obtained through resolution of the South Carolina and Washington cases. Accordingly, the States do not object to dismissal of this action provided that the dismissal be made *without prejudice*, to ensure that they can protect themselves from the possibility that future events or litigation could undermine the relief provided in those cases.

Dated: March 18, 2019
Albany, New York

Respectfully submitted,

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

By: /s/ Philip Bein
PHILIP BEIN (PB1742)
TIMOTHY HOFFMAN
MONICA WAGNER
*Assistant Attorneys General*
Environmental Protection Bureau
Office of the Attorney General
The Capitol
Albany, NY 12224
(518) 776-2413
Philip.Bein@ag.ny.gov

FOR THE STATE OF CALIFORNIA

XAVIER BECERRA
Attorney General
SARAH E. MORRISON
Supervising Deputy Attorney General

By: *Tatiana K. Gaur*
    Tatiana K. Gaur (*pro hac vice*)
    *Deputy Attorney General*
    *Attorneys for Plaintiff*
    *State of California, by and through*
    *Xavier Becerra, Attorney General*
    Environment Section
    300 South Spring Street
    Los Angeles, CA  90013
    (213) 269-6329
    Tatiana.Gaur@doj.ca.gov

FOR THE STATE OF CONNECTICUT

WILLIAM TONG
Attorney General

By: *Robert Snook*
    Matthew I. Levine (ML2346)
    Robert Snook (RS3666)
    *Assistant Attorneys General*
    Office of the Attorney General
    PO Box 120, 55 Elm Street
    Hartford, CT 06141-0120
    (860) 808-5250
    Matthew.Levine@ct.gov
    Robert.Snook@ct.gov

FOR THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General
ROBYN BENDER
Deputy Attorney General
Public Advocacy Group
CATHERINE A. JACKSON
Chief, Public Integrity Section

By: /s/ Brian Caldwell
    Brian Caldwell (*pro hac vice*)
    *Assistant Attorney General*
    Office of the Attorney General
    of the District of Columbia
    441 Fourth Street N.W., Ste # 600-S
    Washington, D.C. 20001
    Tel: (202) 442-9889
    Brian.Caldwell@dc.gov

FOR THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General

By: /s/ Leah J. Tulin
    Leah J. Tulin (*pro hac vice*)
    *Assistant Attorney General*
    Office of the Attorney General
    200 Saint Paul Place, 20th Floor
    Baltimore, Maryland 21202
    (410) 576-6962
    ltulin@oag.state.md.us

<table>
<tr><td>

FOR THE COMMONWEALTH OF MASSACHUSETTS

MAURA HEALEY
Attorney General

By:     /s/ Nora Chorover
    Nora Chorover (*pro hac vice*)
    *Special Assistant Attorney General*
    Seth Schofield (*pro hac vice*)
    *Assistant Attorney General*
    Energy and Environment Bureau
    One Ashburton Place, 18th Floor
    Boston, MA 02108
    (617) 963-2428
    Seth.Schofield@mass.gov
    Nora.Chorover@mass.gov

</td><td>

FOR THE STATE OF NEW JERSEY

GURBIR S. GREWAL
Attorney General

By:   /s/ Gwen Farley
    GWEN FARLEY (GP0434)
    *Deputy Attorney General*
    Environmental Practice Group
    Division of Law
    R.J. Hughes Justice Complex
    25 Market Street, P.O. Box 093
    Trenton, NJ 08625
    (609) 376-2761
    Gwen.Farley@law.njoag.gov

</td></tr>
<tr><td>

FOR THE STATE OF OREGON

ELLEN F. ROSENBLUM
ATTORNEY GENERAL

By _[signature]_
    Paul Garrahan (*pro hac vice*)
    *Attorney-in-Charge,*
    Natural Resources Section
    Oregon Department of Justice
    1162 Court St. NE
    Salem, OR 97301-4096
    (503) 947-4593
    paul.garrahan@doj.state.or.us

</td><td>

FOR THE STATE OF RHODE ISLAND

PETER KILMARTIN
Attorney General

By:    /s/ Gregory S. Schultz
    Gregory S. Schultz
    *Special Assistant Attorney General*
    Rhode Island Office of the Attorney General
    150 South Main Street
    Providence, RI 02903
    (401) 274-4400
    gschultz@riag.ri.gov

</td></tr>
</table>

| FOR THE STATE OF VERMONT | FOR THE STATE OF WASHINGTON |
|---|---|
| THOMAS J. DONOVAN, JR.<br>Attorney General | ROBERT W. FERGUSON<br>Attorney General |
| By: /s/ Benjamin D. Battles<br>    Benjamin D. Battles (BB5387)<br>    *Solicitor General*<br>    Office of the Attorney General<br>    109 State Street<br>    Montpelier, VT 05609-1001<br>    (802) 828-5944<br>    benjamin.battles@vermont.gov | By:   /s/ Ronald L. Lavigne<br>    Ronald L. Lavigne (*pro hac vice*)<br>    *Senior Counsel*<br>    2425 Bristol Court SW, 2nd Fl.<br>    Olympia, WA 98504<br>    (305) 586-6751<br>    RonaldL@ATG.WA.GOV |